# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **LATONYA STEVENSON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 9:21-cv-00287** |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

---

**INFORMATION PURSUANT TO LOCAL RULE CV-81(c)**

---

(1)    A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (e.g., pending, dismissed);

LaTonya Stevenson
*Plaintiff*

Tyson Foods, Inc.
*Defendant*

The removed case is currently pending.

(2)    A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

See attached civil cover sheet and documents attached to Defendant Tyson Foods, Inc.'s Notice of Removal as *Exhibit A*.

(3)    A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

---

Coby Steele
Texas State Bar No. 24124832
Email: e-service@daspitlaw.com
DASPIT LAW FIRM
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086

*Counsel for Plaintiff LaTonya Stevenson*

Zach T. Mayer
Texas State Bar No. 24013118
Email: zmayer@mayerllp.com
J. Edward Johnson
State Bar No. 24070001
Email: ejohnson@mayerllp.com
G. Adrian Galvan
State Bar No. 24108601
Email: agalvan@mayerllp.com
MAYER LLP
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939

*Counsel for Defendant Tyson Foods, Inc.*

(4)     A record of which parties have requested a trial by jury (this information is in addition to filing a separate jury demand pursuant to Local Rule CV-38(a)); and

Defendant, Tyson Foods, Inc.

(5)     The name and address of the court from which the case is being removed.

The 123rd Judicial District Court of Shelby County, Texas
200 San Augustine Street
Center, TX 75935

Date Printed: Mon Nov 08 11:13:34 CST 2021

# Case Summary

Cause Number: 21CV35822                                    Last Filed:10/11/2021
Style: LATONYA STEVENSON V. TYSON FOODS, INC.
Case Type: Injury or Damage:  Other Injury Damage
Category: Civil                        Court: 123rd District Court

No Docket Sheet Data Found



ST,
COUNTY OF SHELBY
I, Lori Oliver, District Clerk of Shelby
County, Texas do hereby certify that th
foregoing is a true and correct copy of th
original record, now in my lawful custody and
possession, as appears of record in Vol.
Page_____ Minutes of said court on file in
my office.

Witness my official hand and seal of office,
this ___11/8/21_____.

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS
By_ Lauren Harris



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg ___1___ of ___1___

48511

21CV35822

**Filed 10/11/2021 11:03 AM**
**Lori Oliver**
**District Clerk**
**Shelby County, Texas**
Lauren Harris

CAUSE NO. 21CV35822

| | | |
|---|---|---|
| **LATONYA STEVENSON** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **SHELBY COUNTY, TEXAS** |
| | § | |
| **TYSON FOODS, INC.** | § | |
| | § | |
| *Defendant.* | § | **123RD JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff LaTonya Stevenson (hereinafter, "Plaintiff"), complains of Defendant Tyson Foods, Inc. (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1.     Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Shelby County, Texas.

### Statement Regarding Monetary Relief Sought

3.     Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of no more than $250,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00.

1



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 1 of 1

## Parties

4.      Plaintiff, LaTonya Stevenson, is an individual residing in DeSoto Parish, Louisiana.

5.      Defendant, Tyson Foods, Inc., is a Delaware corporation with an active right to transact business in Texas. Defendant may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201.

## Misnomer and Alter Ego

6.      In the event that any parties are misnamed or not included herein, it is Plaintiff's contention that such was a misnomer and/or such parties are/were alter egos of parties names herein. Specifically, it is Plaintiff's intent to bring suit against the owners and/or operators of Costco.

## Facts

7.      This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about July 22, 2021.  At that time, Plaintiff was working on the trimming line in Defendant's factory at 1019 Shelbyville St, Center, TX 75935, when one of Defendant's employees was not paying attention and cut Plaintiff. . Due to Defendant's negligence, Plaintiff suffered extensive and severe injuries. At all times material hereto, one or more of Defendant's employees and/or agents supervised.

8.      Defendant was negligent and/or negligent *per se* for one or more of the following reasons, each of which act and/or omission, individually or collectively, constitutes negligence and/or negligence *per se* which proximately caused the incident and Plaintiff's resulting damages:

      a.   Negligent supervision of their subcontractors;

      b.   Negligent supervision of their employees;

      c.   Failed to avoid and/or protect against work-related hazards;

2


Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg __2__ of __6__

    d.  Failed to provide an adequately safe work environment for the work that Plaintiff was hired to perform;

    e.  Failed to ensure the safe operation of permitted machinery and/or vehicles including requirements related to vehicle routing and weight limits;

    f.  Negligently conducted active operations on the premises;

    g.  Negligent hiring and/or retention of employees;

    h.  Negligent training and/or supervision of their employees, invitees and subcontractors;

    i.  Acting in a manner below the applicable standard of care;

    j.  Violating applicable, local, state, and federal laws and/or;

    k.  Other acts so deemed negligence.

9.     Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

## Damages

10.    As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

11.    By virtue of the actions and conduct of the Defendant set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

    a.  Past and future medical expenses;

    b.  Past and future pain, suffering and mental anguish;

    c.  Past and future physical impairment;

    d.  Past and future physical disfigurement;

    e.  Past lost wages and future loss of earning capacity.

3



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 3 of 6

12. By reason of the above, Plaintiff was entitled to recover damages from the Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

### Duty to Disclose

13. Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

### Initial Disclosures

14. Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

### Rule 193.7 Notice

15. Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

### Prayer

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, and all such other and further relief, to which she may be justly entitled.



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg____4____ of ____6____

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Coby Steele*
Coby Steele
Texas State Bar No. 24124832
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

5



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 5 of 6

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Mahmood Ali on behalf of John Daspit
Bar No. 24048906
mali@daspitlaw.com
Envelope ID: 58056654
Status as of 10/12/2021 4:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mahmood Ali | | mali@daspitlaw.com | 10/11/2021 11:03:17 AM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/11/2021 11:03:17 AM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 10/11/2021 11:03:17 AM | SENT |
| John ADaspit | | Eservice@daspitlaw.com | 10/11/2021 11:03:17 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 10/11/2021 11:03:17 AM | SENT |

STATE OF TEXAS
COUNTY OF SHELBY
I, Lori Oliver, District Clerk of Shelby
County, Texas do hereby certify that the
foregoing is a true and correct copy of the
original record, now in my lawful custody and
possession, as appears of record in Vol. _____,
Page_____ Minutes of said court on file in
my office.

Witness my office, hand and seal of office,
this _11/8/21___

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By Lauren Harris



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg___ 1 __ of __1__

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____   CURRENT COURT: Shelby County Judicial District Court

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Plaintiff's Original Petition

FILE DATE OF MOTION: 10/11/2021
_____
                          Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Tyson Foods, Inc.

   ADDRESS: 1999 Bryan Street, Suite 900, Dallas, Texas 75201

   AGENT, (if applicable): CT Corporation System

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): SEND CITATION ONLY TO EMAILS BELOW

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: Proactive Legal Solutions, Box 30   Phone: 832-209-7760
- [ ] MAIL                                 [ ] CERTIFIED MAIL
- [ ] PUBLICATION:
   Type of Publication:   [ ] COURTHOUSE DOOR, or
                          [ ] NEWSPAPER OF YOUR CHOICE: _____
- [x] OTHER, explain daspit@proactivelegal.com & e-service@daspitlaw.com & jholder@proactivelegal.com (EMAIL ONLY)

***************************************************************************
****

2. NAME: _____

   ADDRESS: _____

   AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: Proactive Legal Solutions   Phone: 832-209-7760
- [ ] MAIL                                 [ ] CERTIFIED MAIL
- [ ] PUBLICATION:
   Type of Publication:   [ ] COURTHOUSE DOOR, or
                          [ ] NEWSPAPER OF YOUR CHOICE: _____
- [ ] OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: Coby Steele                          TEXAS BAR NO./ID NO. 24124832

MAILING ADDRESS: 440 Louisiana Street, Suite 1400, Houston, Texas 77002

PHONE NUMBER: 713   588-0383          FAX NUMBER: 713   587-9086
              area code  phone number               area code  fax number

EMAIL ADDRESS: daspit@proactivelegal.com & e-service@daspitlaw.com & jholder@proactivelegal.com

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 1 of 2

Page 1 of 2

CIV/C109 Revised 0/2/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO
CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.
SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: _____
                        (specify)
MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

COUNTY OF SHELBY
I, Lori Oliver, District Clerk of Shelby
County, Texas do hereby certify that the
foregoing is a true and correct copy of the
original record now in my lawful custody and
possession, as appears of record in Vol. _____,
Page_____ Minutes of said court on file in
my office.
Witness my official hand and seal of office,
_____11 8 21_____.

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By Lauren Harris

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 2 of 2

CIVC108 Revised 9/2/00

**LORI OLIVER, DISTRICT C.  RK - P.O. DRAWER 1953, CENTER, TX    35    936-598-4164**

Cause No. **21CV35822**

**THE STATE OF TEXAS**

| **LATONYA STEVENSON** | | **IN THE DISTRICT COURT** |
| **V.** | | **OF** |
| **TYSON FOODS, INC** | | **SHELBY COUNTY, TEXAS** |

TO: **TYSON FOODS, INC., Agent: CT CORPORATION SYSTEM, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 :**

**Notice to defendant**: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

You are hereby commanded to appear by filing a written answer to the attached **PLAINTIFF'S ORIGINAL PETITION** or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation, before the 123/273RD Judicial District Court of Shelby County, Texas at the Courthouse in said County in Center, Texas. Said Plaintiff's Petition was filed in said court on the **11TH** day of **October, 2021** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy **PLAINTIFF'S ORIGINAL PETITION** accompany this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Shelby County Texas this **13TH** day of **October, 2021**

Attorney for Plaintiff or Plaintiffs:
Coby Steele
440 Louisiana Street, Suite 1400
Houston, Texas 77002
(713) 322 – 4878

Lori Oliver
District Clerk
Shelby County, Texas
By_____
Lauren Harris, Deputy Clerk

---

**Service Return**

Came to hand on the _____ day of _____, 20____, at _____ m and executed on the _____ day of _____, 20____, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the

_____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

Service Fee: $ _____
Service ID No. _____

_____ Sheriff/Constable
_____ County, Texas

_____
Deputy/Authorized Person

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20____.

I, Lori Oliver, District Clerk of Shelby County, Texas do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in Vol. _____, Page _____ Minutes of said court on file in my office.

Notary Public

Witness my official hand and seal of office, this __11|8|21__.

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS
By Lauren Harris

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg __1__ of __1__

21CV35822

District Clerk <district.clerk@co.shelby.tx.us>

Wed 10/13/2021 3:43 PM

To: DASPIT@PROACTIVELEGAL.COM <DASPIT@PROACTIVELEGAL.COM>; E-SERVICE@DASPITLAW.COM <E-SERVICE@DASPITLAW.COM>; JHOLDER@PROACTIVELEGAL.COM <JHOLDER@PROACTIVELEGAL.COM>

I HAVE ATTACHED THE REQUESTED DOCUMENTS. THANK YOU

LAUREN HARRIS
DEPUTY DISTRICT CLERK



STATE OF TEXAS

Deputy District Clerk of Shelby County ... hereby certify this ... a true and correct copy ... as the same previously and now appears of record in vol. ... page ... on file in

Witness my official hand and seal of office, this _11_ | _8_ | _21_

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By _Lauren Harris_

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg _1_ of _1_

21CV35822

Filed 10/19/2021 7:33 AM
**Lori Oliver**
**District Clerk**
**Shelby County, Texas**
Jessica Marshall

## CAUSE NO. 21CV35822

LATONYA STEVENSON                         §
                                          §                    IN THE COURT OF
                    Plaintiff,            §
VS.                                       §
                                          §                    SHELBY COUNTY, TEXAS
                                          §
TYSON FOODS, INC.                         §
                    Defendant.            §            IN THE 123RD JUDICIAL DISTRICT COURT

### AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Oct 15, 2021, 1:04 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION ,

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3123** within the county of DALLAS at **01:51 PM** on **Fri, Oct 15 2021**, by delivering a true copy to the within named

**TYSON FOODS, INC., BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM**
**accepted by Intake Specialist: Kirk Atkins**

In person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
Certification Number: PSC-1689
Certification Expiration: 8/31/2022

BEFORE ME, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _10/16/2021_

**MARIA M. SEGOVIA**
My Notary ID # 129480220
Expires July 5, 2025

Notary Public, State of Texas


Lori Oliver, District Clerk
Shelby County, Texas
**A CERTIFIED COPY**
pg ___1___ of ___2___

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 58303843
Status as of 10/19/2021 3:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alma Lira | | Alira@proactivelegal.com | 10/19/2021 7:33:54 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 10/19/2021 7:33:54 AM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 10/19/2021 7:33:54 AM | SENT |
| John ADaspit | | Eservice@daspitlaw.com | 10/19/2021 7:33:54 AM | SENT |
| Mahmood Ali | | mali@daspitlaw.com | 10/19/2021 7:33:54 AM | SENT |



Witness my hand and seal of office,
this 11/8/21

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS
By Lauren Harris



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 2 of 2

21CV35822

Filed 11/8/2021 7:43 AM
Lori Oliver
District Clerk
Shelby County, Texas
Lauren Harris

## CAUSE NO. 21CV35822

| | | |
|---|---|---|
| LATONYA STEVENSON, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 123RD JUDICIAL DISTRICT |
| | § | |
| TYSON FOODS, INC., | § | |
| | § | |
| *Defendant.* | § | SHELBY COUNTY, TEXAS |

LATONYA STEVENSON, § IN THE DISTRICT COURT

*Plaintiff,*

v. § 123RD JUDICIAL DISTRICT

TYSON FOODS, INC.,

*Defendant.* § SHELBY COUNTY, TEXAS

## DEFENDANT TYSON FOODS, INC.'S ORIGINAL ANSWER

Defendant Tyson Foods, Inc. ("Defendant") files its Original Answer and states the following:

### I.
### GENERAL DENIAL

1.    Defendant denies each and every, all and singular, the material allegations contained within the Original Petition filed by Plaintiff, Latonya Stevenson ("Plaintiff"), and demands strict proof thereof.

### II.
### AFFIRAMATIVE DEFENSES

2.    Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that any damages sought to be recovered by Plaintiff should be reduced to the extent that Plaintiff has failed to mitigate her claimed damages and/or failed to take the reasonable steps that a person of ordinary prudence in a similar situation would have taken to avoid the claimed damages. Accordingly,



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg_____of____

Defendant is entitled to an instruction to the jury that they shall not consider elements of damages incurred and caused by any failure to mitigate damages.

3.    Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that in the unlikely event that an adverse judgment would be rendered against it, Defendant would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

4.    Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses be limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Section 41.0105 of the Texas Civil Practices and Remedies Code.

5.    Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that pursuant to the Patient Protection and Affordable Care Act ("ACA") and common-law, Plaintiff has a duty to mitigate the amount of future damages for medical care by purchasing a health insurance policy no later than March 31, 2014 in accordance with the Individual Mandate prescribed in 26 U.S.C. § 5003A *et. seq.* Further, Defendant's potential liability for future medical care should be limited to the amounts not covered under the ACA for co-pays and deductibles. In the alternative, if Plaintiff has purchased a health insurance policy pursuant to the Individual Mandate, Plaintiff's future medical expenses should be

7857479v1 (58140.00248)

Lori Oliver, District Cl
Shelby County, Texas
A CERTIFIED COPY
pg      of  ( 0.

limited to the amount the ACA will actually pay for medical expenses and not the full retail cost of future medical care.

6.      By way of affirmative defense, Defendant invokes Chapter 33 of the Texas Civil Practices & Remedies Code and pleads that Plaintiff's claims are barred, in whole or in part, by the contributory and/or comparative negligence of Plaintiff and/or other parties, or alternatively, that the conduct of other parties, including Plaintiff, was an independent, intervening, superseding, and/or the sole proximate cause of Plaintiff's alleged damages. Therefore, Defendant is not liable for such damages.

7.      By way of affirmative defense, Defendant pleads that Plaintiff's damages, if any, were caused by preexisting injuries and/or preexisting medical conditions that occurred or arose before the incident forming the basis of this lawsuit.

8.      Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that Plaintiff's damages, if any, were solely caused by a new and independent cause. Therefore, Defendant is not liable for such damages.

9.      Pleading further, alternatively, and by way of affirmative defense, Defendant invokes Section 18.091 of the Texas Civil Practices & Remedies Code requiring that Plaintiff prove her alleged loss of earnings and/or loss of earning capacity in a form that represents her net loss after reduction for income tax payments or unpaid tax liability. Additionally, Defendant requests that the Court

---

**DEFENDANT TYSON FOODS, INC.'S ORIGINAL ANSWER**
**PAGE 3 OF 5**



7857479v1 (58140.00248) Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg___3___of _6_

instruct the jury as to whether any recovery for compensatory damages sought by the Plaintiff is subject to federal and state income taxes.

10.   Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that it is entitled to an offset in the event that Plaintiff is awarded damages for past medical expenses and to the extent that Plaintiff's past medical expenses have already been paid for in accordance with Defendant's Workplace Injury Settlement Program.

11.   Defendant hereby gives notice that it intends to rely upon such other defenses or denials, affirmative or otherwise, and to assert third-party claims and any other claims, as may become available or appear during discovery as it proceeds in this matter, and hereby reserves the right to amend its Answer to assert such defenses.

### III.
### JURY DEMAND

12.   In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

### IV.
### PRAYER

13.   Defendant Tyson Foods, Inc., prays that Plaintiff take nothing by this suit, that Defendant goes hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

---

**DEFENDANT TYSON FOODS, INC.'S ORIGINAL ANSWER**
**PAGE 4 OF 5**



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg____ of ____

Respectfully submitted,

**MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939

By:      /s/ Zach T. Mayer
         Zach T. Mayer
         State Bar No. 24013118
         Email: zmayer@mayerllp.com
         J. Edward Johnson
         State Bar No. 24070001
         Email: ejohnson@mayerllp.com
         G. Adrian Galvan
         State Bar No. 24108601
         Email: agalvan@mayerllp.com

**ATTORNEYS FOR DEFENDANT
TYSON FOODS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of November 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record, as follows:

**Via eFileTexas.gov**
e-service@daspitlaw.com
Coby Steele
DASPIT LAW FIRM
440 Louisiana Street, Suite 1400
Houston, Texas 77002

/s/ Zach T. Mayer
Zach T. Mayer

7857479v.1 (68140.00243)



District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 5 of 6

## Automated Certificate of eService
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Zachary Thomas Mayer
Bar No. 24013118
spilgrim@mayerllp.com
Envelope ID: 58928909
Status as of 11/8/2021 10:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alma Lira | | Alira@proactivelegal.com | 11/8/2021 7:43:05 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 11/8/2021 7:43:05 AM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 11/8/2021 7:43:05 AM | SENT |
| John ADaspit | | Eservice@daspitlaw.com | 11/8/2021 7:43:05 AM | SENT |
| Mahmood Ali | | mali@daspitlaw.com | 11/8/2021 7:43:05 AM | SENT |
| Cathy Preston | | cpreston@mayerllp.com | 11/8/2021 7:43:05 AM | SENT |

Associated Case Party: Tyson Foods, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| G. AdrianGalvan | | agalvan@mayerllp.com | 11/8/2021 7:43:05 AM | SENT |
| Edward Johnson | | ejohnson@mayerllp.com | 11/8/2021 7:43:05 AM | SENT |
| Zach Mayer | | zmayer@mayerllp.com | 11/8/2021 7:43:05 AM | SENT |

Associated Case Party: LaTonya Stevenson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Coby Steele | 24124832 | csteele@daspitlaw.com | 11/8/2021 7:43:05 AM | SENT |



STATE OF TEXAS
COUNTY OF SHELBY

I, Lori Oliver, District Clerk of Shelby County, do hereby certify that the foregoing is a true and correct copy of the original document now on file in my office.

Witness my hand and seal of office, this ___11/8/21___.

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By Lauren Harris

Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg ___ of ___